FILED

10/30/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0162

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0162

_____

ROBERT L. ROSE,

     Petitioner and Appellant,

  v.

MONTANA DEPARTMENT OF
CORRECTIONS, BRIAN GOOTKIN, Director;
and JAMES SALMONSEN, Warden of Montana
State Prison,

     Respondents and Appellees.

_____

O R D E R

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to Robert L. Rose, to all counsel of record, and to the Honorable Michael F. McMahon, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 30 2024